UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | CIVIL ACTION |
| GINA CHERI TRIAY | NO. 23-176-JWD-RLB |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 28, 2023 (Doc. 27), to which a letter dated October 6, 2023, was filed in response and considered, (Doc. 28);

**IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as frivolous.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>November 1, 2023</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**